IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER F. MBEWE, | No. 4:24-CV-01508 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THERESA A. DELBALSO, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 8th day of January 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's First Amendment free speech claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's First and Fourteenth Amendment access-to-courts claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and as frivolous and malicious.

3. Plaintiff's Fourteenth Amendment procedural due process claim is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

4. Within **21 days** from the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.

5.  If no amended complaint is timely filed, dismissal of Plaintiff's Fourteenth Amendment procedural due process claim will convert to dismissal with prejudice, and the Court will close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge