IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER F. MBEWE, | No. 4:24-CV-01508 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THERESA A. DELBALSO, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of October 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 33) to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Plaintiff's amended complaint is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3. Plaintiff's motion for appointment of counsel (Doc. 53) is **DISMISSED** as moot in light of the foregoing paragraphs.

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge